# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Marcy L. Witmer           BK NO. 21-01456 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Series 2006-5 and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Brian C. Nicholas*

Brian Nicholas
02 Aug 2021, 16:26:08, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:21-bk-01456-HWV    Doc 16    Filed 08/03/21    Entered 08/03/21 14:08:04    Desc
Main Document      Page 1 of 1
Document ID: fc94e50990ffff5c8ab6ac961eaf7b63807c8e33d0ede55ae3ed811c41ec382f