## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:        : **CHAPTER 13**
MARCY L. WITMER   :
         : **CASE NO. 1-21-01456-HWV**
   **Debtor**    :

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this date a true and correct copy of the Order Confirming Chapter 13 Plan, dated December 23, 2021, was served on the following parties in this manner:

| Name and Address | Mode of Service |
|---|---|
| All creditors and parties as listed on attached matrix & parties list. | Regular First Class Mail Postage pre-paid |

Date: December 28, 2021    By: /s/ Lisa A. Rynard
             Lisa A. Rynard, Esquire
             Law Office of Lisa A. Rynard
             240 Broad Street
             Montoursville, PA 17754
             (570) 505-3289

Label Matrix for local noticing
0314-1
Case 1:21-bk-01456-HWV
Middle District of Pennsylvania
Harrisburg
Tue Dec 28 08:33:15 EST 2021

Blaine Witmer
127 Lairds Crossing Road
Worthington PA 16262-4611

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Convergent Outsourcing, Inc.
Attn: Bankruptcy
Po Box 9004
Renton WA 98057-9004

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas TX 75261-9098

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville SC 29603-0497

Lisa A Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754-2282

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City UT 84165-0250

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

U.S Bank National Association
c/o Nationstar Morgtage LLC dbaMr.Cooper
Attn: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096

U.S. Bank National Association
RASC, PLLC
130 Clinton Rd. #202
Fairfield, NJ 07004-2927

U.S. Bank National Association, as Trustee f
RASC, PLLC
130 Clinton Rd #202
Fairfield, NJ 07004-2927

U.S. Bank National Association, as trustee,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Verizon Wireless
500 Technology Drive
Suite 500
Weldon Springs MO 63304-2225

Marcy L. Witmer
5170 North George Street Extension
Manchester, PA 17345-9401

Charles G. Wohlrab
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road
Ste 170
Duluth, GA 30097-8461

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1-21-01456                              (u)U.S. Bank National Association, as trustee          End of Label Matrix
                                                                                                  Mailable recipients    21
                                                                                                  Bypassed recipients     2
                                                                                                  Total                   23