**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER** _____ |
| | : | |
| | : | **CASE NO.** \_\_-\_\_\_-bk-_____ |
| | : | |
| **Debtor(s)** | : | |
| | : | **ADVERSARY NO.** \_\_-\_\_-ap-_____ |
| | : | (if applicable) |
| | : | |
| **Plaintiff(s)/Movant(s)** | : | |
| **vs.** | : | **Nature of Proceeding:** _____ |
| | : | _____ |
| | : | |
| **Defendant(s)/Respondent(s)** | : | **Document #:** _____ |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____  _____

Attorney for_____

Name: _____

Phone Number: _____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.