# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Marcy L Witmer          BK NO. 21-01456 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING INC. and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
18 May 2023, 12:19:22, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:21-bk-01456-HWV    Doc 39    Filed 05/18/23    Entered 05/18/23 15:38:30    Desc
Main Document     Page 1 of 1
Document ID: 6245fe8839843aa6eceb0442a7662bd5bff55126c9325c3facfa21ee120534c8